(November 14, 1962)

■ NATIONAL COMMITTEE ON THE OBSERVANCE OF MOTHER'S DAY, INC. v. KIRBY, BLOCK & Co., INC.— Motion granted to the extent of adding the appeal to the November 20, 1962 Non-Enumerated Calendar of this court on condition that the appellants file a note of issue and notice of argument for that date. Concur — Breitel, J. P., Rabin, Stevens, Eager and Steuer, JJ.

(November 15, 1962)

■ JORITA FINCKE et al., Appellants, v. KATHERINE ROBERTS, Respondent, et al., Defendant.— Order, entered on June 19, 1962, insofar as it denies plaintiffs' cross motion to examine an attorney before trial as a witness, unanimously reversed, on the law and on the facts, with $20 costs and disbursements to appellants, and the motion granted, with $10 costs. In this action — by the widow and son of a decedent to set aside the designation by the decedent of defendant Roberts as a beneficiary of about $22,000 in benefits of the decedent in the New York City Employees' Retirement System — it is averred that the attorney, whose examination is sought, prepared the documents designating the beneficiary, participated in their execution and acted as notary. The papers are claimed to have been executed by the decedent (about a month before he died) in a hospital after the decedent had undergone surgery for cancer and was under heavy sedation. Moreover, it appears that the attorney, whom the plaintiffs seek to examine, is an office associate of the attorney for defendant Roberts. Hence, there is indication that the proposed witness will be a reluctant, if not a hostile, witness. The foregoing facts sufficiently demonstrate the existence of special circumstances to warrant the examination of the attorney as a witness. Settle order on notice. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ ESTELVINA FROMETA, as Administratrix of the Estate of ENRIQUE FROMETA, Deceased, Appellant, v. B. E. P. HOLDING CORP. et al., Defendants and Third-Party Plaintiffs-Respondents. JULIO L. OLQUIN, Third-Party Defendant-Respondent.— Orders, entered on January 26, 1962 and September 4, 1962 unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ EXPRESSWAY REALTIES, Respondent, v. SIDJACK REALTY CORP., Appellant.— Order, entered on August 3, 1962, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ. [35 Misc 2d 639.]

■ JAMES FELICIANO, Appellant, v. 1400 BROADWAY CONSTRUCTION CORP., Respondent.— Appeal from order entered on May 15, 1962, dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ L. CHESTER GLASER, Respondent, v. DANIEL A. SHIRK et al., Appellants. — Order, entered on October 2, 1962, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ WILLIAM SCHWARTZ, Respondent, v. YVETTE SCHWARTZ, Appellant.— Order, entered on October 5, 1962, unanimously affirmed, without costs. No opinion. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.